# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00092-CV

**Carlos Zachariah Hernandez-Ocampo, Appellant**

**v.**

**Carla Nicole Hernandez-Ocampo, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 16-2181, THE HONORABLE BRENDA K. SMITH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 14, 2018. On July 10, 2018, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by July 20, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____
Jeff Rose, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed: August 9, 2018